IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT ANDREW SNIDER, JR.                                                                      PLAINTIFF

v.                                      Case No. 2:23-cv-2145

CRAWFORD COUNTY, ARKANSAS; DR.
WHITE (Medical Care Provider for the Crawford
County Detention Center); ADVANCED
CORRECTIONAL HEALTH; and SHERIFF
DANIEL PERRY (Crawford County)                                                                 DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 30. Judge Ford recommends that Separate Defendant Daniel Perry's Motion to Dismiss for Failure to Comply with Local Rule 5.5(c)(2) (ECF No. 24) be granted, and that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice. Judge Ford also recommends that the currently pending Motion to Say Case Deadlines (ECF No. 27) and Motion to Join Defendant Perry's Motion to Dismiss (ECF No. 29) be denied as moot.

Plaintiff has not responded to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 30) *in toto*. Separate Defendant Daniel Perry's Motion to Dismiss (ECF No. 24) is hereby **GRANTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. The Motions to Stay Case Deadlines (ECF No. 27) and Join Defendant Perry's Motion to Dismiss (ECF No. 29) are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 10th day of September, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge